AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS,     PECOS DIVISION

**FILED**
JAN 24 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>Oscar Manuel ORRANTIA-Orrantia | **CRIMINAL COMPLAINT**<br>Case Number: P:14-MJ- 76 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __1/20/2014__ in __Hudspeth__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The Defendant was arrested on January 22, 2014, in the Western District of Texas by Sierra Blanca Border Patrol Agents. The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about January 20, 2014, in Hudspeth County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

Defendant is a national and citizen of Mexico.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Liliana Olivas
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

1/24/2014                                              at       Alpine, TX
Date                                                              City/State

B. Goains          U.S. Magistrate Judge              _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Oscar Manuel ORRANTIA-Orrantia


FACTS    (CONTINUED)


The Defendant was apprehended as part of the Retributive Justice Initiative.


Immigration History:
The Defendant has 3 Voluntary Returns to his native country of Mexico.  The most recent one occurred on 02/16/2005 through Santa Teresa, NM.  The Defendant has 1 removal which occurred on 09/30/2008 through Paso Del Norte, TX.

Criminal History:

The Defendant was arrested by Las Cruces, NM Police Department for driving while under the influence of intoxicating liquor or any drug.  The disposition is unknown.

# UNITED STATES DISTRICT COURT
## Western District of Texas
### PECOS DIVISION

FILED
JAN 2 9 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

(1) Oscar Manuel Orrantia-Orrantia

Defendant.

Case Number: PE:14-M -00076(1)
USM Number:

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant **(1) Oscar Manuel Orrantia-Orrantia** was represented by his attorney Jack Meredith.

The defendant pled guilty to the complaint on January 29, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 1/22/2014 | complaint |

As pronounced on January 29, 2014, the defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 29th day of January, 2014.

B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

Defendant: (1) Oscar Manuel Orrantia-Orrantia  
Case Number: PE:14-M -00076(1)

Judgment--Page 2

## PROBATION

The defendant is hereby sentenced to 1 year Probation, Unsupervised..

## STANDARD CONDITION

**1. The defendant is not permitted to enter the United States illegally.**
**2. The defendant is not permitted to commit another federal, state or local crime.**